**No. 62181.**—Morganite, Inc. *v.* United States, protests 322301–K and 325091–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 62182.**—Aeolian Shipping Co. et al. *v.* United States, protests 141191–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.